# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMANY DEVON THOMAS, | Case No. 1:15-cv-01113---SKO |
| Plaintiff, | |
| v. | **ORDER TO AMEND IN FORMA PAUPERIS APPLICATION** |
| DENNY'S RESTAURANT, | |
| Defendant. | |
| _____/ | |

On July 20, 2015, Plaintiff Jermany Devon Thomas ("Plaintiff"), a pro se litigant, filed an application to proceed without prepayment of fees or costs. (Doc. 2.) Although Plaintiff's application indicates he has received income from other sources in the last 12 months, Plaintiff did not specify the nature or amount of the "other" income, as required in the form. As such, the in forma pauperis application is incomplete and must be amended.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days from the date of this order, Plaintiff shall file an amended application to proceed in forma pauperis; and

2. The Clerk of Court shall serve upon Plaintiff a new form application to proceed in forma pauperis with this order.

IT IS SO ORDERED.

Dated:   **July 30, 2015**                              **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE