# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMANY DEVON THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNY'S RESTAURANT,<br><br>    Defendant.<br>_____/ | Case No. 1:15-cv-01113-LJO-SKO<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2, 7) |

On August 13, 2015, Plaintiff Jermany Devon Thomas ("Plaintiff"), a pro se litigant, filed an amended application to proceed without prepayment of fees or costs. (Doc. 7.) Plaintiff's amended application demonstrates he is entitled to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended application to proceed *in forma paueris* is GRANTED; and
2. Plaintiff's complaint will be screened by the Court in due course, and Plaintiff need not take any further action until directed to do so by the Court.

IT IS SO ORDERED.

Dated:   **September 10, 2015**                    **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE