1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13  JERMANY DEVON THOMAS,                    Case No. 1:15-cv-01113---SKO

14              Plaintiff,

15      v.                                   **ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT**

16

17  DENNY'S RESTAURANT,                      (Doc. 11.)

18              Defendant.
    _____/

19
20

21      On September 30, 2015, the Court issued an order dismissing Plaintiff's First Amended
22  Complaint without prejudice, and ordered Plaintiff to file an amended complaint within 30 days of
23  the date of that order. (Doc. 10.) On October 15, 2015, Plaintiff filed a request for an additional
24  30 days to file an amended complaint. (Doc. 11.)
25      Accordingly, IT IS HEREBY ORDERED that:
26      1.      Plaintiff's request for an additional 30 days to file an amended complaint is
27              GRANTED;
28

2. Plaintiff shall file a Second Amended Complaint on or before December 2, 2015; and

3. If Plaintiff fails to file a Second Amended Complaint, this action will be recommended for dismissal.

IT IS SO ORDERED.

Dated:   **October 20, 2015**                      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE